# COURT MINUTES

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

FILED AUG 15 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

| | | | |
|---|---|---|---|
| DEFT: | STEVEN GROSS (surrender) | CASE NO: | 00-6216-CR-ZLOCH |
| AUSA: | ROBERT NICHOLSON | ATTY: | ROBERT STONE, ESQ |
| AGENT: | FDA S/A MITCHELL TAPPER | VIOL: | 21 USC 331; 333 |
| PROCEEDING: | I/A ON INFORMATION / CHANGE OF PLEA | RECOMMENDED BOND: | $10,000 PERSONAL SURETY |

BOND HEARING HELD - yes / no        COUNSEL APPOINTED: _____

BOND SET @: _____        To be cosigned by: _____

☐ Do not violate any law.
☐ Appear in court as directed.
☐ Surrender and / or do not obtain passports / travel documents.
☐ Rpt to PTS as directed / or ___ x's a week/month by phone; ___ x's a week/month in person.
☐ Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
☐ Maintain or seek full - time employment.
☐ No contact with victims / witnesses.
☐ No firearms.
☐ Curfew: _____
☑ Travel extended to: Continental U.S.A.
☐ Halfway House _____

- Defendant arraigned.
- Defendant sworn.
- Defendant pleas Guilty to Count One (1).
- Court accepts GuiltyPlea.

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:    PLACE:

INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: _____
Sentencing set for November 15, 2000 @ 9:30 a.m.

DATE: 8-15-00    TIME: 11:30    FTL/LSS TAPE # 00 - 041    Begin: 2414    End: 3686

5