**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 00-6216-CR-Zloch

UNITED STATES OF AMERICA

vs.

STEVEN GROSS

NOTICE OF SENTENCING

FILED by _____ D.C.
AUG 15 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

TO: DEFENDANT, DEFENSE COUNSEL, AND U.S. ATTORNEY'S OFFICE

By direction of the Honorable _____LURANA S. SNOW_____, United States District Judge, YOU ARE HEREBY ORDERED to appear in the United States District Court for the Southern District of Florida on _November 15_, XX _2000_, at _9:30_ J.M. for imposition of sentence. On that date, report to the U.S. Courthouse, Courtroom __202__ , 299 East Blvd., Ft. Lauderdale, FL 33301, where sentence will be imposed. You will receive no further notice.

If the above-named defendant has executed a bond with this Court, let this notice advise the defendant that failure to appear as directed herein could result in his/her being charged with a violation of the Comprehensive Crime Control Act (18 U.S.C. Sec. 3146), which carries a maximum sentence of up to ten (10) years' imprisonment and a fine of $25,000, or both, if convicted.

IT IS FURTHER ORDERED that a Presentence Investigation and Report to this Court will be completed. DEFENSE COUNSEL (AND THE DEFENDANT, IF ON BOND) ARE TO REPORT THIS DATE TO THE UNITED STATES PROBATION OFFICE OF THE COURT FOR INTERVIEW AND FURTHER INSTRUCTION AT 101 N.E. 3RD AVENUE, 4TH FLOOR, CONSOLIDATED BANK BUILDING.

IT IS FURTHER ORDERED that the U.S. Attorney's Office immediately provide the U.S. Probation Department the necessary information to prepare the Prosecution Section of the Presentence Report.

Clerk, United States District Court

DATE: _____AUGUST 15, 2000_____

COUNSEL: _____Robert Stone, Esq._____

RECEIVED: _____
(Defendant)

BY: _Amy Jordan_
COURTROOM DEPUTY CLERK
for Penny Butler

| | | | |
|---|---|---|---|
| GUILTY PLEA | [x] | BOND / FEDERAL CUSTODY [ ] | TO COUNTS __One__ |
| TRIAL | [ ] | STATE CUSTODY [ ] | TO TOTAL COUNTS |
| NOLO PLEA | [ ] | USM CUSTORY [ ] | ASST. U.S. ATTY _____ |