UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # **55432-004**

UNITED STATES OF AMERICA )
                Plaintiff ) Case Number: CR **00-6216-CR-ZLOCH**
                          ) REPORT COMMENCING CRIMINAL
        -vs-              )         ACTION
                          )
**STEVEN J. GROSS**       )
                Defendant

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO: Clerk's Office    MIAMI   (**FT. LAUDERDALE**)   W. PALM BEACH
    U.S. District Court          (circle one)

*[FILED stamp: AUG 16 2000, CLARENCE MADDOX, CLERK U.S. DIST. CT., S.D. OF FLA. FT. LAUD.]*

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

All items are to be completed. Information not applicable or unknown will be indicated "N/A". **SELF SURRENDER**

(1) Date and Time of Arrest: **8-15-00**    am/pm

(2) Language Spoken: **ENGLISH**

(3) Offense(s) Charged: **MISBRANDING DRUGS**

(4) U.S. Citizen  [X] Yes   [ ] No   [ ] Unknown

(5) Date of Birth: **7-4-52**

(6) Type of Charging Document: (check one)
    [ ] Indictment   [ ] Complaint   To be filed/Already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: **SD/FL**

    COPY OF WARRANT LEFT WITH BOOKING OFFICER   [ ]YES [ ]NO

Amount of Bond: $ _____
Who set Bond: _____

(7) Remarks: _____

(8) Date: **8-15-00**   (9) Arresting Officer: _____

(10) Agency: **USMS**   (11) Phone: _____

(12) Comments: _____

