UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6216-CR-ZLOCH

UNITED STATES OF AMERICA

vs

STEVEN GROSS

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on AUGUST 15, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:            Address: ON BOND FORM _____

                     _____

                     Telephone:_____

DEFENSE COUNSEL:     Name:     ROBERT STONE, ESQ._____

                     Address:_____

                     _____

                     Telephone:_____

BOND SET:            $    10,000 PERSONAL SURETY _____

Bond hearing held: yes____  no____  Bond hearing set for_____

Dated this  15TH  day of  AUGUST         ,2000.

                                    CLARENCE MADDOX
                                    COURT ADMINISTRATOR/CLERK OF COURT

                                    By: _Amy Jordan_____
                                        Deputy Clerk

                                    Tape No. ___00- 041_____

cc: Copy for Judge
    U. S. Attorney