UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No.: 00-6216 CR-ZLOCH/SNOW
Case No.: 00-8069-CR-HURLEY/SNOW

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

STEVEN GROSS,

        Defendant.

_____\

## DEFENDANT'S SENTENCING MEMORANDUM

COMES NOW the Defendant by and through his undersigned attorney moves this Court to review this Sentencing Memorandum in Support of His Probation request filed herein will show the Court as follows:

1. That the Defendant plead guilty to one count information charging him with misbranding prescription drugs in violation of 21 U.S.C. 331(K) and 331(A1) as well as violation of 21 U.S.C. 844. The government pursuant to a written plea agreement, agrees to recommend to the Court that the Defendant has accepted responsibility for both these cases and will recommend that the Court impose a sentence of 1 year probation, a fine and 250 hours of community services as a condition for probation. The Defendant requests this Court to enter its Order sentencing him to a period of probation with a minimum fine and something less than 250 hours of community service.

2. The Court has the benefit of a pre-sentence investigation which clearly shows that this is the first time the Defendant has ever been involved in any criminal act. He has no prior

arrests. There is no reason for defense counsel to go over the pre-sentence investigation which the Court has, however counsel would like to point out two significant matters to the Court.

- a. That according to Dr. Paul G. Fishbine, Physician for the Defendant during this time frame that is: "in October of 1999 the Defendant was severally ill with Diverticulitis with a perforation to this bladder." He has had a history of this disease since 1991. Attached is a letter from the physician. While it is no excuse, to say that you are ill and you didn't think clearly, I think frankly that is what happened in Gross's case. He really did not pay attention to the details of his business, as he should have. Apparently, the Doctors had misdiagnosed his case and thought he had bladder cancer. He became very disoriented, confused and depressed. He thought he was going to die. Attached please find a letter from Rabbi Yeshurun, which really sets forth his physical condition as well as emotional state.
- b. The thrust of the government's case against Gross is the fact that he participated in selling Viagra over the internet without a pharmacist having given a interview of the patient nor a written prescription. While it is true that Gross faxed reviews and prescription requests to the pharmacist, Gross was neither a pharmacist nor a medical doctor. It would appear that the pharmacist should take the ultimate responsibility to ensure that all the documentation was proper. The pharmacist has been indicted and received a period of probation in another Court.

3. Regarding the fine and length of community service, in reviewing the pre-sentence investigation, it is clear that Steven Gross relies on his wife's salary alone to live. At the

present time, he does not have a business from which he can draw income. He does receive loans from various family members, but at the present time total of sum $30,000. Accordingly a fine of $12,000 would be very very difficult for the Defendant to meet. You can see that he runs a deficit of almost $300.00 a month. He receives $2,000.00 a month in loans from Sam Stark.

4. Also, the Defendant would point out that during his association with Age Reversals, he really never made very much money. The government had indicated that the total sales for Viagra were less than $45,000.00.

5. For the reasons cited in the pre-sentence investigation report and the lack of criminal history, it is respectfully suggested that Steven Gross receive a period of probation, a minimum fine and a minimum community service.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been forwarded via U.S. Mail to: Robert Nicholson, Assistant United States Attorney, 500 E. Broward Boulevard, Suite 700, Ft. Lauderdale, FL 33394, this _13th_ day of November 2000.

        LAW OFFICES OF ROBERT C. STONE, P.A.
        One Boca Place, Suite 234 W
        2255 Glades Road
        Boca Raton, FL 33431
        Tel: (561) 995-9350

By:_____
        Robert C. Stone, Esquire
        Florida Bar No. 106117

# THE KABBALAH CENTRE
ESTABLISHED 1922 JERUSALEM

*Improving*
*People's Lives*

November 8, 20000

Rav Berg
*Director*

Judge Lurana S. Snow
Chief United States Magistrate Judge
Ft. Lauderdale, Florida

*8411*
*West Palmetto*
*Park Road*

Dear Judge Snow,

*Boca Raton*
*Florida*
*33433*

I would like to ask for leniency in the sentencing of Steven Gross on November 15, 2000.

Mr. Steven Gross has been involved in the Kabbalah Centre for over 5 years. Knowing him first hand for the last two years I can say he is fulfilling the spiritual growth mission that he has undertaken. He currently spends approximately 15 hours weekly at the Centre.

*Telephone*
*(561) 488-8826*

In early September, 1999, it was quite apparent to me that something was wrong with Steven. He looked ill all the time and was very distraught. Counseling him I found out that his doctors had misdiagnosed his case and thought he might have had bladder cancer. He appeared disoriented, confused, and depressed. He was under the impression that he would not survive until years end.

*Fax*
*(561) 488-5950*

*Email*
*Kabbalah@*
*gate.net*

Because of his overwhelming anxiety I continued to counsel him for the next two months. Finally in early November he underwent surgery, requiring a large section of his intestines to be removed after it was determined that his intestines had punctured his bladder.

The next time I saw him at the Kabbalah Centre was at the end of November. He was very weak and did not seem to be back to himself until the early part of the New Year.

I am asking for leniency in sentencing because he was psychologically, emotionally, and physically incapacitated.

We know Steven as a caring, kind individual who would not consciously do anything to harm another person.

May G-d bless You,

Rabbi Meir Yeshurun

**PAUL G. FISHBEIN, M.D., FACP**
DIPLOMATE, AMERICAN BOARD OF INTERNAL MEDICINE
DIPLOMATE, SUBSPECIALTY OF GASTROENTEROLOGY

BAPTIST MEDICAL ARTS BUILDING
8950 NO. KENDALL DRIVE, SUITE #508
MIAMI, FLORIDA 33176
PHONE: (305) 595-2710
FACSIMILE: (305) 274-9658

March 13, 2000

RE: STEVEN GROSS

To whom it may concern:

I am writing in reference to Mr. Gross, who presented to my office in October of 1999 severely ill with diverticulitis with a perforation into his bladder. The patient had a known history of diverticular disease since 1991, when he presented with attacks of abdominal pain and was documented to have diverticulitis at that time. He was well until September of 1999, when he began to have pain again and underwent a number of evaluations by his primary care physician and a urologist in Palm Beach County. Unfortunately, the diagnosis was not made that this was, in fact, a perforated diverticulitis, and he subsequently came to see us in October of 1999 when he was referred to a surgeon and had a sigmoid resection and repair of his fistula. The patient was very sick for the entire time between September and October, and in the ensuing weeks after surgery for a full recovery. His prognosis is excellent in the future but he will continue to be at risk for further problems. He certainly should be excused from any missed work or activities during the months of September, October and November of 1999 because of his significant illness.

Sincerely,

Paul G. Fishbein, MD, FACP

PGF/er

D: 3/13/00
T: 3/14/00