## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

| | | | |
|---|---|---|---|
| DEFT: | STEVEN GROSS (B) | CASE NO: | 00-6216-CR-ZLOCH |
| AUSA: | ROBERT NICHOLSON | ATTY: | ROBERT STONE, ESQ. |
| AGENT: | | VIOL: | |
| PROCEEDING: | SENTENCING | RECOMMENDED BOND: | |
| BOND HEARING HELD - yes / no | | COUNSEL APPOINTED: | |
| BOND SET @: | | To be cosigned by: | |

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

*Deft placed on Prob as to each case for one year to run concurrent w/ case 00-8069-CR-Hurley*

*Deft shall perform 365 hours of community service. Deft shall pay $25 assessment in each case for total of $50.*

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | | | | |

*See J&C for other conditions*

DATE: 11-15-00   TIME: 9:30 A.M.   FTL/LSS TAPE # 00 - 058   Begin: 1   End: 663

13