AO 245 S (Rev. 4/90) Sheet 1 - Judgment in a Criminal Case

# United States District Court

SOUNDERN _____ **District of** _____ FLORIDA _____

UNITED STATES OF AMERICA

V.

STEVEN GROSS

~~55437-004~~

(Name of Defendant)

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

Case Number: 00-6216-CR-Zloch (Snow)
00-8069-CR-Hurley (Snow)

_____ Robert Stone, Esq. _____
Defendant's Attorney
AUSA Robert Nicholson

**THE DEFENDANT:**

☒ pleaded guilty to count(s) _____ One _____

☐ was found guilty on count(s) _____ after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 USC 331(k) & 333 | Knowingly dispense a prescription drug for sale after shipment in interstate commerce | 2-28-00 | |

The defendant is sentenced as provided in pages 2 through ___6___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The defendant has been found not guilty on count(s) _____ One _____, and is discharged as to such count(s).

☐ Count(s) _____ (is)(are) dismissed on the motion of the United States.

☐ It is ordered that the defendant shall pay a special assessment of $ _____, for count(s) _____, which shall be due ☐ immediately ☐ as follows:

IT IS FURTHER ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: _____

Defendant's Date of Birth: _7-4-52_____

Defendant's Mailing Address:

22158 Appleton Drive

Boca Raton, FL 33428

Defendant's Residence Address:

Same

_____November 15, 2000_____
Date of Imposition of Sentence

_____
Signature of Judicial Officer

LURANA S. SNOW

UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer

_____
Date

* U.S GPO 1990 722 448/10286

AO 245B (Rev. 8/96) Judgment in a Criminal Case:
Sheet 6 – Reverse – Statement of Reasons

Judgment – Page _____ of _____

DEFENDANT:
CASE NUMBER:

## ADDITIONAL FINDINGS AND GUIDELINE APPLICATIONS EXCEPTIONS



···  further action **required by**
    ·  , Marshals **Service.**

James A Tassore
    ···TATES **MARSHAL**

Ed Puicio SDUSM